E-filing

## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name Villanueva William Jr. II
(Last)   (First)   (Initial)

Prisoner Number # 2347479

Institutional Address CJ2-B-6, 850 Bryant St.
San Francisco, California 94103

========================================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

William Villanueva Jr. II )
(Enter the full name of plaintiff in this action.) )
) CV 08 1355 WHA
vs. ) Case No. _____
) (To be provided by the clerk of court)
Doctor G Haly Mental H. )
John Doe " " ) **COMPLAINT UNDER THE**
Mrs. John Doe " " ) **CIVIL RIGHTS ACT,**
) **42 U.S.C §§ 1983**
) **(PR)**
(Enter the full name of the defendant(s) in this action) )
_____ )

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   **Exhaustion of Administrative Remedies**

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement 850 Bryant St.

   B.   Is there a grievance procedure in this institution?
      YES (✓)   NO ( )

   C.   Did you present the facts in your complaint for review through the grievance procedure?
      YES (✓)   NO ( )

   D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                    - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _They won't respond to me back and Mental Health also stop seeing me._____ 2. First formal level_____

_____

_____

3. Second formal level_____

_____

_____ 4 Third formal level _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. _They won't respond to me and I need my medication now, its been over 30 days_

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_William Villanueva Jr II  850 Bryant St._
_San Francisco, California 94103_

_____

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                           - 2 -

1  place of employment.
2  Dr. GHaly Mental Health
3  JohnDoe ① Mental Health
4  Mrs. John Doe ② Mental Health
5  "They won't give me their names."
6  _____III.
7  Statement of Claim
8     State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 When I arrived Dr Ghaly interviewed me outside
13 the cell in private. I waited for my medication
14 to be prescribed at least 2½ weeks. John Doe ①
15 came to see me outside the bars in front of
16 everyone and I ask him if he was going to
17 pull me out of the cell to speak to me, but
18 he said no and started to ask me personel
19 question while everyone else laughed at me
20 and made fun of me he continued to presure
21 me and I refused to speak to him in public
22 then John ②(Mrs.) came and did the same thing
23 and again I refused. (Days Later about a week)
24 after that John Doe ① (see reverse)
25 IV.  Relief (they won't release me their names)
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 It's not really what I want it's what

COMPLAINT                - 3 -

came back about 1week later and I ask him was he going to take me out and speak to me in private he said no that they were going to take away my medication because I wouldn't speak to him in public about my personal phsychiatric issue's that I've have since I was 13 or 12yesold. I told him he couldn't do that he then told me I was the only one who was on Trilafone and It was to exspensive and they were not going to continue to pay for it and that I wouldn't talk to them so they don't care if I have a problem or not. A few weeks laters Dr. Ghaly came to see me and I was explaining to him how they were putting me in jeoperdy by having talk about my Mental Health issue's in public and I felt my Rights where being broken, that they were not talking to me in private, he then ask the Sheriff to pull me out to speak to me in private and we spoke for about half an hour he told me he was not going cut my medication, later that week my medecine was cut off and John Doe ① came to see me and laughed in my face and told me I won't be recieving any Mental Health attentia Because Dr Ghaly wrote in my file that I was threatful during our talk early that week.

1  I need and deserve, since then I've been put on
2  suicide watch and mental status has gotten worse.
3  I need the court to grant me my medicine and
4  for the to punish the individuals and grant me
5  some money for this mental stress they are
6  still putting me through. They won't even come see me.

7  I declare under penalty of perjury that the foregoing is true and correct.

9  Signed this February day of 13th, 2008

*William Villanueva Jr.*
(Plaintiff's signature)

COMPLAINT                         - 4 -