E-filing

FILED
09 MAR 10 PM 3: 15
[clerk stamp]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William Villanueva Jr, Plaintiff,

vs.

Dr. Ghaly
John Doe 1
Mrs. John Doe 2, Defendant.

CASE NO. CV 08 1355 WHA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, William Villanueva, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A                    Net: N/A

Employer: N/A

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received. (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   _1998 West Have Connecticut Shop Rite_
5   _Supermarket $10.50 hr. $378.00 week._
6   _____

7   2.   Have you received, within the past twelve (12) months, any money from any of the
8   following sources:

9   a.   Business, Profession or                      Yes ___ No ✓
10       self employment
11  b.   Income from stocks, bonds,                   Yes ___ No ✓
12       or royalties?
13  c.   Rent payments?                               Yes ___ No ✓
14  d.   Pensions, annuities, or                      Yes ✓ No ___
15       life insurance payments?
16  e.   Federal or State welfare payments,           Yes ___ No ✓
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _William V. Fernander (father) passed away 2006_
22  _250 dollars — 51400 dollars 2007_
23  3.   Are you married?                             Yes ___ No ✓
24  Spouse's Full Name: _N/A_
25  Spouse's Place of Employment: _N/A_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _N/A_            Net $ _N/A_
28  4.   a.   List amount you contribute to your spouse's support:$ _N/A_

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages.  DO NOT INCLUDE
4      THEIR NAMES.).
5  J.M.  13
6  _____
7  5.  Do you own or are you buying a home?    Yes ___  No ✓
8  Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A
9  6.  Do you own an automobile?    Yes ___  No ✓
10 Make N/A    Year N/A    Model N/A
11 Is it financed? Yes ___ No ✓  If so, Total due: $ N/A
12 Monthly Payment: $ N/A
13 7.  Do you have a bank account?  Yes ___  No ✓  (Do not include account numbers.)
14 Name(s) and address(es) of bank: N/A
15 _____
16 Present balance(s): $ 0
17 Do you own any cash? Yes ___ No ✓  Amount: $ 0
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ✓
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ 0                Utilities: N/A
23 Food: $ 0                Clothing: N/A
24 Charge Accounts:
25 Name of Account         Monthly Payment              Total Owed on This Acct.
26 _____           $ 0                        $ 0
27 _____           $ 0                        $ 0
28 _____           $ 0                        $ _____  9.  Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _Child support   J.C.   $ (?)_
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.   N/A
9  _____
10 _____

11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  _2/13/08_                      _William Villanueva Jr._
17   DATE                           SIGNATURE OF APPLICANT

Villanueva, William 9347479
2MB7

Case Number: _____

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of William Villanueva for the last six months at

SAN FRANCISCO COUNTY JAIL _____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ Ø and the average balance in the prisoner's account each month for the most recent 6-month period was $ Ø.

Dated: 2/26/08                       Lt. L__ H____
                                     [Authorized officer of the institution]