1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

William Villanueva Jr, Plaintiff,

vs.

Dr. Ghaly
John Doe 1
Mrs. John Doe 2, Defendant.

CASE NO. C 08 1355 WHA

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, William Villanueva, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__   Net: __N/A__

Employer: __N/A__

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _1998 West Have Connecticut Shop Rite_
5  _Supermarket $10.50 hr. $378.00 week._
6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or            Yes ___ No ✔
10            self employment
11      b.    Income from stocks, bonds,         Yes ___ No ✔
12            or royalties?
13      c.    Rent payments?                     Yes ___ No ✔
14      d.    Pensions, annuities, or            Yes ✔ No ___
15            life insurance payments?
16      e.    Federal or State welfare payments, Yes ___ No ✔
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _William V. Fernander (father) passed away 2006_
22  _250 dollars — 514.00 dollars 2007_
23  3.      Are you married?                     Yes ___ No ✔
24  Spouse's Full Name: ___N/A___
25  Spouse's Place of Employment: ___N/A___
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $___N/A___        Net $___N/A___
28  4.      a.    List amount you contribute to your spouse's support:$ ___N/A___

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

J.M. 13

5. Do you own or are you buying a home?   Yes ___ No ✓
Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A  0

6. Do you own an automobile?   Yes ___ No ✓
Make N/A   Year N/A   Model N/A
Is it financed? Yes ___ No ✓   If so, Total due: $ N/A  0
Monthly Payment: $ N/A  0

7. Do you have a bank account?   Yes ___ No ✓   (Do not include account numbers.)
Name(s) and address(es) of bank: N/A

Present balance(s): $ 0
Do you own any cash? Yes ___ No ✓   Amount: $ 0
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ 0   Utilities: N/A
Food: $ 0   Clothing: N/A
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |

9. Do

.

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Child support  J.C.  $ (?)

10.  Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/13/08                                William Villanueva Jr.
DATE                                  SIGNATURE OF APPLICANT

Villanueva, William 9347479

2MB7

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of William Villanueva for the last six months at

[prisoner name]

SAN FRANCISCO COUNTY JAIL _____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ Ø and the average balance in the prisoner's account each month for the most recent 6-month period was $ Ø .

Dated: 2/26/08          Lt L___ #1091
                        [Authorized officer of the institution]

- 5 -