RECEIVED
March 14, 2008
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the United States District Court for the Nothern District California

William Villanueva
#23474179

v.

Dr. Ghaly
Mr. John Doe    individually and in
Mrs. John Doe   thier official capacities.

Motion for Appointment of Counsel

Complaint
Civil Action No. CV08 1355 WHA

1. I filled a lawsuit against Mental Health for taking away my medication, for break my confidentuallty, because of all of this I've had serious withdraws, and painful ones, sweating, tyrifing dreams at night that lead to me scratching myself or banging my head, sucide attempts, and all my voices are back along with the headaches, etc. I can't sleep or think straight or consintreate for long on one thing.

My reason for writting this is because I need emergency help from the courts and a lawyers to help me in this lawsuit.

I filled 2 grievance no ones responded yet.

I am asking the Courts of California to please assitt me and asign me a lawyer, but most of all I'm suffering to much, Mental Health does not even come see me anymore. Please Help me!!!

X William Villanueva      3-14-2008
 #2347479                  Friday

William Villanueva
#2347479 CJ2 C-3
850 Bryant St.
San Francisco, CA. 94103

illiam Villanueva
23417479 /C
an Francisco County Jail
50 Bryant St.
an Francisco, CA. 94103

Office of the Clerk, U.S.
District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California
94102