# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance**
*(Place an X in the corresponding category)*

- [ ] Classification
- [x] Psych Services
- [ ] Telephone
- [ ] Jail Medical Services
- [ ] Food Services
- [ ] Other

Date / Time: 1/25/08
Facility: CJ2
Deputy / Star#: Gonzalez 1939
Code:
Log Number:

Prisoner's Name: William Villanueva   Jail #: 2397479   Cell #: B-6

**Grievance** *(Please be specific: time, date, etc.)*

On 1/25/08 Psychiatrist Dr. s/Chaly cut off my medication that I've been taking since 13 years old, they also broke my confidentiality when 3 of the Mental Health workers came to speak to me about my personal psych issue's that I've been dealing with for many years in front of everyone and denied my privacy.

Prisoner's Signature: William Villanueva

Must be signed for all Medical / Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

Prisoner's Signature: William Villanueva

*Note: After you have finished and signed this form, take your PINK copy for your records.*

**Staff member's response:**

Signature:                Date:
Prisoner's Signature:     ☐ Satisfied With Response    ☐ Prisoner Appeal

**Supervisor's response:**

Signature:                Date:
Prisoner's Signature:     ☐ Satisfied With Response    ☐ Prisoner Appeal

**Facility Commander response:**

Signature:                Date:    ☐ Upheld Grievance Response

Original (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance**
(Place an X in the corresponding category)

- [ ] Classification
- [X] Psych Services
- [ ] Telephone
- [ ] Jail Medical Services
- [ ] Food Services
- [ ] Other

**Date / Time:** 3-14-08
**Facility:** CJ2
**Deputy / Star#:** Webster
**Code:**
**Log Number:**

**Prisoner's Name:** William Villanueva   **Jail #** 2397479   **Cell #** C-3 C52

**Grievance** (Please be specific: time, date, etc.)

I filled a emergency grievance on 1-26-08 because Mental Health Dr. Ghaly and others cut off my medication and broke my confidentiality. I've also wrote request asking to see the phsych Doctor. My grievance have not been answered its been over 30 days. Why haven't I gotten a response and I would like to speak to a Psych Doctor.

**Prisoner's Signature:** William Villanueva

*Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.*

**Prisoner's Signature:** William Villanueva

*Note: After you have finished and signed this form, take your PINK copy for your records.*

**Staff member's response:**

**Signature:**                **Date:**
**Prisoner's Signature:**     ☐ Satisfied With Response     ☐ Prisoner Appeal

**Supervisor's response:**

**Signature:**                **Date:**
**Prisoner's Signature:**     ☐ Satisfied With Response     ☐ Prisoner Appeal

**Facility Commander response:**

**Signature:**                **Date:**                     ☐ Upheld Grievance Response

Orginal (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

William Villanueva
#2347479/CJ2-C3
San Francisco County
850 Bryant St.
San Francisco, CA. 941—

SAN FRANCISCO CA 941
MAR 15 2008

USA 41

Office of the Clerk,
U.S. District Court
Northern District of
California
450 Golden Gate Avenue
San Francisco, California
94102