IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM VILLANUEVA,

        Plaintiff,                              No. C 08-1355 WHA (PR)

  v.                                         **ORDER EXTENDING TIME**

Dr. GGHALY, et al.,

        Defendants.
                                 /

        This is a civil rights case filed pro se by a prisoner at the San Francisco County Jail. On March 10, 2008, the clerk informed him that his application to proceed in forma pauperis ("IFP") was deficient because he had not supplied a copy of his prisoner account statement as required by 28 U.S.C. 1915(a)(2). He has filed another application, but not the required statement.

        The court has many lawsuits filed by San Francisco County Jail inmates in which they have been able to supply the necessary statement, so it appears the statements are available if the proper procedure for requesting one is followed. The time for plaintiff to file the statement is **EXTENDED** to May 19, 2008. If the statement is not filed within that time the case will be dismissed without further extensions.

        Plaintiff's motion for appointment of counsel (document number 5 on the docket) is **DENIED** because it has not yet been determined whether this case will proceed. The motion may be renewed at a later stage of the case if the case does proceed.

**IT IS SO ORDERED.**

Dated: April   24  , 2008.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\VILLANUEVA1355.EXT-P.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VILLANUEVA JR., | Case Number: CV08-01355 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| G. HALY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Villanueva
#2347479/ CJ2-B6
San Francisco County Jail
850 Bryant St.
San Francisco, CA 94103

Dated: April 24, 2008

Richard W. Wieking, Clerk
By: D. Toland, Deputy Clerk