Page 1 of 5

IN The United States
District Court for the
Nothern California District

Civil Action NO.
C 08 -1355 WHA (PR)

William Villanueva
            Plaintiff

    V.

Dr. GHaLY, et al.,
            Defendants

Declaration in support
of Motion to Proceed
IN Forma PauPeris

individually and in their
official capacities

  I  William Villanueva  am  the  petitioner /plaintiff
in the above entiled case. In support of my motion
to proceed  without being required to prepay fees
or cost or give security therefore, I state that
because of my proverty I am unable to pay the
costs of said proceeding or to give security
therefore, and that I believe I am entitled to
redress.
I declare that the responses which I have below
are true.


1. If you are presently employed, state the amount
of your salary wage per month, and give the name
and address of your employer Shop Rite SuperMarket
West Haven, Ct.  Art Sealander. (1998 last job)

Page 2 of 5

2. If you are not presently employed state the date of last employment and amount of salary per month that you received and how long the employment lasted.

Shop Rite SuperMarket West Haven, Ct. June of 1998 'til August of 1998 $10.25 he 30 hr or less a week Partime /Cleaning do to my Mental Health Issues I was fired.

3. Have you received, within the past twelve months, any money from any of the following sorces:

a. Business, profession or form of self employment?
___ Yes  NO X

b. Rent payments, interest or dividends?
___ Yes  NO X

c. Pensions, annuities, or life insurance payment?
X Yes  NO ___

d. Gifts or inheritances?
X Yes  NO ___

e. Any form of Public assistance? $31.50 every 2 weeks
X Yes  NO ___  GA (General Assistance (Welfare)

f. Any other sources?
___ Yes  NO X

If the answer to any of questions (a) through (f) is yes describe each source of money and state the amount received from each during the past months

Page 3 of 5

(c) William V. Fernandez (father) passed away 2006 May 11 left me and siblings $250.00 each later on in 2007 I received another $514.00 check from the same source (father's social security). (d) My mother has sent me 2 money orders for $20.00 and $25.00 dollars in this past month of April and May 2007 so that I may be able to call her out in New Haven, Ct. 06519 250 Spring St. Sol Maria Osorio.

(d) I met someone in this jail and they had one of their friends send me $30.00 under my name so the he can buy more commissary and he gave me $5.00 for letting use my account (e) Walfare General Assistance for a few months 2007 $31.50 every 2 weeks.

4. Do you have any cash or money in a checking or savings account? Yes If the answer is yes, state the total value owned. $6.37 (prison account)

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing) NO If the answer is yes state the total value owned N/A

6. List the person(s) who are dependent on you for support, state your relationship to those person(s),

Page 4 of 5

and indicate how much you contribute
toward their support at the present time.
William Jr. III Villanueva  Son  nothing
Jocelyn Mathers  Daughter  nothing
I've been in and out of jail most their
live or in psychiatric facilities.

7. If you live in a rented apartment or
other rented building, state how much you
pay each month for rent. Do not include
rent contributed by other people. N/A None

8. State any special financial circumstances
which the court should consider in this
application. approval of the Motion and
of my suit/case my medication and the
damages that have been cause during
all this time and still is occuring.

I understand that a false statement or
answer to any questions in this declaration
will subject me to the penalties of perjury.

I declare under penalty of perjury that
the following fore going is true and correct.
Signed this 25th day of April, 2008
William Villanueva
6-5-76   047-68 7941 # SS
D.O.B.

Page 5 of 5

The reason the courts have not receive my prison print out is because Legal Assistance failed to do so, Legal Assistance filed the suit sent in the application the first time after I William Villanuora filled it out. Legal Assistance employer Nick (?) told me he handles all of that. He never gave me any NOTICE on March 10 2008 that the courts claim they sent me. I Never received anything on or of March 10, 2008 from the courts. Legal Assistance employer Nick (?) 555 Seventh Street 2nd floor San Francisco, CA. 94103 I believed has been withholding my mail and also lied and is lying to me. I ask the court to please accept th, and know that I have also request a copy of my prisoner account on 4/25/0 here's the copy of that request until then to please reconsider.

I understand that a false statement or answer to any question in this declaration will subject me to the penalties of perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of April, 2008

William Villanuora    6-5-76    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 #SS
                       D.O.B.



**San Francisco Sheriff's Department / Departamento del Alguacil de San Francisco**
**PRISONER ACTION REQUEST / PETICION PARA PEDIR AYUDA**

Instructions: If you have a particular need or request that can be taken care of by the staff of this jail, please fill out this form and give it to your housing deputy. Keep the pink copy.
Instrucciones: Si necesita algo que le puedan conceder los empleados de la carcel, por favor llene esta forma y entregela al carcelero ___ con la copia rosa.

Name: Juan Villanueva      Today's Date: 4/25/08      Date of Arrest: Dec 18/07
Nombre:                    Fecha de hoy:               Fecha de arresto:

Location: 7D2 C-3         Wristband # 2547979         Sentenced? ☐ Yes / Sí
Localidad:                # de pulcera:                ¿Sentenciado? ☑ No / No
         Cell #
         # de celda

Money Print Out

**Subject (check one): / Clase de Asunto (indique uno):**

☐ Legal Assistance     ☐ Mail Problem          ☐ Medical Problem      ☑ Money Problem        ☐ Other
  Asistencia legal        Problema de correo       Problema de medico     Problema de dinero     Otra clase de problema

**Commissary Problem: / Problema de comisario:**

☐ Service incorrect    ☐ Credit not received   ☐ Order Incorrect      ☑ Other
  Servicio incorrecto     No he recibido credito   La orden esta incorrecta   Otra Cosa

Action Request: / Escriba su peticion:  Need a Money print out for the
_____ as soon as posible. Thank you.

Response by Staff: / Respuesta de empleado: _____

Staff Signature: / Firma de empleado: _____    Date/Fecha: _____

## Account Activity Ledger

From :03/17/2008   To : 04/28/2008

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---------|----------|------|--------------|-------|------|---------|---------|------------|-----------------|
| ID 2347479 | Name VILLANUEVA, WILLIAM | | | Block 2M | | | Previous Balance | | 0.00 |
| Initial Entry | 03/17/2008 | 11:48 | B#275617 | 811240 | D | | 0.00 | | 0.00 |
| CDL#B9328713 ANTONET | 03/17/2008 | 11:48 | B#275618 | 811242 | D | | 30.00 | | 30.00 |
| Sales Transaction | 03/19/2008 | 05:01 | I#298656 | | I | 25.95 | | | 4.05 |
| Sales Transaction | 03/26/2008 | 04:26 | I#299524 | | I | 3.40 | | | 0.65 |
| | 04/07/2008 | 20:39 | B#280555 | 821692 | D | | 20.00 | | 20.65 |
| Sales Transaction | 04/09/2008 | 04:10 | I#302047 | | I | 19.56 | | | 1.09 |
| | 04/15/2008 | 02:37 | B#282091 | 824946 | D | | 25.00 | | 26.09 |
| Sales Transaction | 04/16/2008 | 04:55 | I#303743 | | I | 8.93 | | | 17.16 |
| Sales Transaction | 04/23/2008 | 05:11 | I#305022 | | I | 10.93 | | | 6.23 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 4 | For $ | 75.00 |
| Withdraws | 0 | For $ | 0.00 |
| Invoices | 5 | For $ | 68.77 |

William Villanueva
#023478 C 52-c-3
850 Bryant St.
San Francisco, CA.
94103

SAN FRANCISCO CA 941

29 APR 2008 PM

USA 41

United States District Judge
William Alsup
Northern District of California
450 Golden Gate Avenue
San Francisco, CA.
94102