In the United States District Court for the Nothern District of California.

William Villanueva
vs.
Dr. GHally "Mental Health"
John Doe "            "
Mrs. John Doe "            "

Civil Action No.
CV08-01355 WHA

Motion for leave to file an Amended Complaint

Plaintiff William Villanueva, pursuant to Rules 15(a) and 19(a) Fed. R. Civ. P., request leave to file an amended complaint adding new evidence.

1. The Doctor whom took away my medication is the defendant Dr. GHally he was the one whom discontinue my medication.

2. By Doctor Ghally and John Doe 1 and 2 putting my business out in the opening, is breaking my confidentially between a client and a Mental Worker / Social Worker / Thearipist.

3. Dr. GHally, John Doe 1 and 2, has put myself William Villanueva in danger by taking my

medication, because the medication is proven by Psychiatrist and thearipist along the time of my life to keep me William Villanueva in tune with Society, reduces by a majority my anger, violent behavior, sucidal behavior inwhich paintiff has attempted numerous time while off his medication.

4. By not given the plaintiff William Villanueva any thearpy because I refused to speak to any of the Mental Workers in Public which is a violation of my confidentiallty mental health has denied me any treatment, worsening my Mental Health condition of Bipolar, Aminic Depression, Wallucination, etc.

5. The court has not look at the plaintiff serious condition in order to dismiss his claim. The plaintiff is asking for the court to please reconsider their Conclussion and examine the defendant complaint and condition (mental Health). By this the defendant may be able to prove his illness and how the defendant's violated his rights and inflicted more mental pain.

6. This Court should grant leave freely to amend a complaint. Foman v. Davis

May 24, 2008

Respectfully submitted,

William Villanueva
#234 7479  CJ-2  B-6
San Francisco County Jail
850 Bryant St.
San Francisco, California
94103
CV 08-1355 WHA.

Case 3:08-cv-01355-WHA   Document 12   Filed 05/28/2008   Page 3 of 4

William Villanueva
#2347479 C352 B
San Francisco County Jail
850 Bryant St.
San Francisco, CA. 94103

SAN FRANCISCO CA 941
27 MAY 2008
USA 41

Office of the Clerk, US. District Court.
Northern District of California
450 Golden Gate Avenue
San Francisco, California
94102

May 24, 2008  W.V.