In the United States District Court for Nothern District of California

William Villanueva
    v.
Dr. GHAlly, Mental Health
John Doe     "              "
Mr. John Doe  "              "
individually and in their
official capacities

Civil Action NO.
CV08-01355 WHA

Motion for Appointment of Counsel

Pursant to 28 U.S.C. § 1915 (e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisoment will greatly limit his ability to litigate. The issue involved in this case are complex, and will require significant research and ivestigation. Plaintiff has limited access to the law library and limited Knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would be better enable plaintiff to present evidence and cross examine witnesses

4. Plaintiff has made repeated efforts to obtain a lawyer.

5. Plaintiff is incompetent and cannot represent himself because of his mental health condition and status.

May 24, 2008

*William Villanueva*
William Villanueva
#2347479  CJ2 B-6
San Francisco County Jail
850 Bryant St.
San Francisco, California 94103

CV08-01355 WHA

## Memorandum of Law

Plaintiff was prescribe medication by Dr. GHally for his mental Health condition, later on plaintiff was seen by John Doe 1 and 2 whom broke def plaintiff's confidentiality by speaking to him in plublic knowing that the plaintiff conditions are serious conditions and can be dangerous to himself and the population system in county jail, (do to sucidel behavior and violent aggressiveness history do to voices and hallucination, depression). Because plaintiff recongnized that the defands where putting him in harms way defo plaitiff confronted defendants all 3, Dr. Ghally knowing of the plaintiff serious conditions and being the Dr. to prescribe plaintiff medication defands Dr. GHally discontinued plaintiff medication knowing it would harm plaintiff physically and more than anything mentally. Plaintiff still does not receive any treatment from Mental Health 850 Bryant San Francisco County Jail. In which has progress plaintiff Mental illness dramatically.

*William Villanuev*   May 29, 2008
William Villanuev

William Villanueva
#2347479 CJ2-B-6
San Francisco County Jail
80 Bryant St.
San Francisco, CA. 94103

Office of the Clerk, U.S. District Court
Northern California District
450 Golden Gate Avenue
San Francisco, CA. 94102