IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VILLANUEVA, JR., | No. C 08-1355 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DOCTOR GHALY, Mental Health; JOHN DOE, Mental Health; and Mrs. JOHN DOE, Mental Health, | |
| Defendant. | |

This is a civil rights case filed pro se by an inmate in county jail. The clerk sent him a copy of the order of service on March 4, 2009, to the jail address where he last indicated that he was located. On March 9, 2009, the order was returned as undeliverable with a notation that plaintiff is no longer in custody. Plaintiff has not notified the clerk of any change of address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: January __27__, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\VILLANUEVA1355.DSM.311.wpd