UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


WILLIAM VILLANUEVA JR.,

               Plaintiff,

  v.

G. HALY et al,

               Defendant.

_____/

Case Number: CV08-01355 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


William Villanueva
#2347479/ CJ2-B6
San Francisco County Jail
850 Bryant St.
San Francisco, CA 94103

Dated: January 27, 2010

                            Richard W. Wieking, Clerk
                            By: D. Toland, Deputy Clerk